

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

January 10, 2023

**BY ECF & EMAIL**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Joel Zubaid et al., 22 Cr. 650 (JPO)*

Dear Judge Oetken:

    Attached please find a proposed protective order regarding discovery in the captioned case, which the parties have consented to and electronically signed, and respectfully request that the Court enter.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

by: _____
           Benjamin Klein / Emily Deininger
           Assistant United States Attorney
           (914) 993-1908 / (212) 637-2472
           benjamin.klein@usdoj.gov
           emily.deininger@usdoj.gov

cc:    All Counsel of Record