

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*37th Floor*
*New York, New York 10278*

July 17, 2024

**BY EMAIL**

The Honorable J. Paul Oetken
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Joel Zubaid*, **S3 22 Cr. 650**

Dear Judge Oetken:

      The Government writes to respectfully request that the Court unseal the above-referenced superseding indictment, S3 22 Cr. 650. The defendant testified in February 2024 pursuant to a cooperation agreement with the Government in the trial of defendant Martin Mizrahi, 20 Cr. 650 (JPO). Accordingly, there is no ongoing basis for the defendant's case to remain under seal. The Government accordingly requests that the Court so-rder this letter, thereby directing the clerk to unseal this superseding indictment.

Granted.
The S3 Information is hereby ordered unsealed.
  So ordered.
  7/17/2024

Respectfully submitted,
DAMIAN WILLIAMS
United States Attorney

by: */s/ Emily Deininger*
    Benjamin D. Klein / Emily Deininger
    Assistant United States Attorney
    (914) 993-1908 / (212) 637-2472
    emily.deininger@usdoj.gov

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge